1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10  HENRY NEVE GOMEZ,                      ) CASE NO. CV 09-6819-GAF (PJW)
                                           )
11              Petitioner,                )
                                           ) ORDER ACCEPTING REPORT AND
12          v.                             ) RECOMMENDATION OF UNITED STATES
                                           ) MAGISTRATE JUDGE AND DENYING
13  K. HARRINGTON,                         ) CERTIFICATE OF APPEALABILITY
                                           )
14              Respondent.                )
    _____   )

15

16      Pursuant to 28 U.S.C. § 636, the Court has reviewed the

17  Petition, the records on file, and the Report and Recommendation of

18  United States Magistrate Judge.  Petitioner has not filed any

19  objections to the Report.  The Court accepts the findings and

20  recommendation of the Magistrate Judge.

21      Further, for the reasons stated in the Report and

22  Recommendation, the Court finds that Petitioner has not made a

23  substantial showing of the denial of a constitutional right and,

24  therefore, a certificate of appealability will not issue in this

25

26

27

28

1   action.   *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*

2   *v. Cockrell*, 537 U.S. 322, 336 (2003).

3

4   DATED:        September 8, 2011       .

5

6   _____
    GARY A. FEESS
    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   C:\Temp\notesE1EF34\Order accep r&r.wpd