UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY NEVE GOMEZ, | ) | CASE NO. CV 09-6819-GAF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| K. HARRINGTON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     September 8, 2011     .

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd