1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   HENRY NEVE GOMEZ,              )        CASE NO. CV 09-6819-GAF (PJW)
                                    )
11                  Petitioner,     )
                                    )        J U D G M E N T
12           v.                     )
                                    )
13   K. HARRINGTON,                 )
                                    )
14                  Respondent.     )
     _____)

15

16          Pursuant to the Order Accepting Report and Recommendation of

17   United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20

          DATED:        September 8, 2011       .
21

22

23                                   _____
24                                   GARY A. FEESS
                                     UNITED STATES DISTRICT JUDGE
25

26

27

28   C:\Temp\notesE1EF34\Judgment.wpd